IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | CASE NO: |
| : | 7:24-cr-36–WLS-ALS |
| DAMION TERRELL LOVELADY, : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER**

Before the Court is Defendant's Objections to the Draft Presentence Investigation Report (Doc. 35) ("Objection") filed August 25, 2025. Sentencing in this matter is set for Thursday, September 25, 2025.

Accordingly, on or before close of business on **Thursday, September 11, 2025**, the Government is hereby **ORDERED** to file a response to the Objection. Defendant may file a reply, if any, not later than close of business on **Wednesday, September 17, 2025**.

**SO ORDERED**, this 27th day of August 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1